John M. Hochhausler
State Bar No. 143801
MANNING & MARDER
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017
Telephone: (213) 624-6900
Email: jmh@mmker.com

Attorneys for Plaintiff
Evanston Insurance Company

FILED
CLERK, U.S. DISTRICT COURT
FEB - 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority _____
Send _____
Enter _____
Closed  X
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Evanston Insurance Company, an Illinois corporation,

  Plaintiff,

vs.

American Remedial Technologies International, Inc., et al.

  Defendant.

Case No.: CV 09-8889 CAS (VBKx)

Hon. Christina A. Snyder
United States District Judge

[~~PROPOSED~~] JUDGMENT

This Court having granted partial summary judgment in favor of Plaintiff Evanston Insurance Company ("Evanston") against Defendant American Remedial Technologies International, Inc. ("ARTI") and summary judgment against Defendant Aztel Escobar ("Escobar") on May 3, 2010 (Docket 45). And Evanston and ARTI having stipulated to all remaining issues not covered by the Court's granting of partial summary judgment,

IT IS ORDERED AND ADJUDGED that:

1) Evanston's Commercial General Liability insurance policy, policy number 07PKG01466, issued to ARTI does not provide coverage for Escobar's underlying lawsuit against ARTI, Los Angeles Superior Court case number

1  TC022441;

2     2)   Evanston is entitled to recover $133,318.43 from ARTI; and

3     3)   Evanston shall recover its costs from ARTI and Escobar.

4  Dated: 2/2/2011

6  By: *Christina A. Snyder*
      United States District Judge